United States Bankruptcy Court
District of Nevada

In re:  
JOHN FORREST BEAN  
      Debtor

Case No. 22-13788-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 25, 2023      Form ID: 318      Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOHN FORREST BEAN, 595 S. GREEN VALLEY PKWY #2214, HENDERSON, NV 89012-2983 |
| r | + | DEBORAH L. PRIEBE, SHORT SALE SUCCESS, 170 S. GREEN VALLEY PKWY #200, HENDERSON, NV 89012-3154 |
| 11814679 | + | Admar Supply and it's Affiliates, 1950 Brighton Henrietta T/L Rd, Rochester, NY 14623-2543 |
| 11814681 | + | Armor Building Supply, 1702 Constitution Ave, Olean, NY 14760-1880 |
| 11814691 | | Community Bank, N.A., 500 Delaware Ave, Olean, NY 14760 |
| 11814692 | + | Conserve, PO Box 307, Fairport, NY 14450-0307 |
| 11814697 | + | Devin Bean, 203 Luninborg, Henderson, NV 89074-8718 |
| 11814699 | + | EAN Services LLC, PO Box 402345, Atlanta, GA 30384-2345 |
| 11814700 | + | Edc/windermere Anthem, Acct No 694Y3918303656587499555, 12231 S Eastern Ave Ste, Henderson, NV 89052-4414 |
| 11814701 | + | Enterprise Holdings, LLC, PO Box 402345, Atlanta, GA 30384-2345 |
| 11814702 | + | Enterprse Rent A Car, PO Box 402345, Atlanta, GA 30384-2345 |
| 11814703 | + | Equipment and Tool Rentals, 1801 Union Rd, Buffalo, NY 14224-2019 |
| 11814705 | | Fnb Of Port Allegany, Acct No 6636, 64a Main Street, Port Allegany, PA 16743 |
| 11814704 | | Fnb Of Port Allegany, Acct No 6687, 64a Main Street, Port Allegany, PA 16743 |
| 11814706 | + | Genesis Credit Management, Acct No PRS0GS10110004062190, Attn: Bankruptcy, Po Box 3630, Everett, WA 98213-8630 |
| 11814710 | + | Great Lakes Concrete Products, LLC, 5690 Camp Road, Hamburg, NY 14075-3706 |
| 11814719 | + | Hamlin Bank & Trust Co, Acct No 40002406, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814717 | + | Hamlin Bank & Trust Co, Acct No 40002595, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814711 | + | Hamlin Bank & Trust Co, Acct No 40002673, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814714 | + | Hamlin Bank & Trust Co, Acct No 40002952, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814716 | + | Hamlin Bank & Trust Co, Acct No 40031735, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814720 | + | Hamlin Bank & Trust Co, Acct No 40031749, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814712 | + | Hamlin Bank & Trust Co, Acct No 40032467, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814715 | + | Hamlin Bank & Trust Co, Acct No 40034611, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814713 | + | Hamlin Bank & Trust Co, Acct No 409618, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814718 | + | Hamlin Bank & Trust Co, Acct No 409716, Attn: Bankruptcy, 333 West Main St, Smethport, PA 16749-1139 |
| 11814722 | | Henderson Hospital, PO Box 31001-0827, Pasadena, CA 91110-0827 |
| 11858530 | + | Horizon Ridge Apartments, 595 S. Green Valley Pkwy, Henderson, NV 89012-2977 |
| 11814725 | + | Juniat Vl Bk, Acct No 70000000000006687, 2 S Main, Mifflintown, PA 17059-1313 |
| 11838552 | + | LVAC, 2655 S Maryland Pkwy, Las Vegas, NV 89109-1645 |
| 11814729 | + | Las Vegas Justice Court, Attention: Traffic, 200 Lewis Ave, 2nd Floor, Las Vegas, NV 89155-0001 |
| 11858812 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 11814735 | + | OLean Union Salses Corp, Po Box 361, Olean, NY 14760-0361 |
| 11814737 | + | Phillip Dwyer, 12231 S. Eastern #150, Henderson, NV 89052-4417 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: BNCnotices@bdfgroup.com | Jan 26 2023 00:09:00 | ERIK C SEVERINO, LAW OFFICE OF ERIK SEVERINO, 7251 W. LAKE MEAD BLVD., STE 300, LAS VEGAS, NV 89128 |
| tr | + | EDI: FLESCHWARTZER.COM | Jan 26 2023 05:14:00 | LENARD E. SCHWARTZER, 2850 S. JONES |

| District/off: 0978-2 | | User: admin | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Jan 25, 2023 | | Form ID: 318 | | Total Noticed: 76 |

| | | | | BLVD., #1, LAS VEGAS, NV 89146-5640 |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jan 26 2023 00:09:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11814680 | + | Email/Text: bncnotifications@pheaa.org | Jan 26 2023 00:09:00 | AES/Pennsylvania Higher Education Assist, Acct No 9724193833PA00004, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 11862740 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 00:20:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11814682 | + | EDI: TSYS2 | Jan 26 2023 05:14:00 | Barclays Bank Delaware, Acct No 000210344416440, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 11814687 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 26 2023 00:09:00 | Carmax, PO Box 440609, Kennesaw, GA 30160 |
| 11814689 | + | EDI: CKSFINANCIAL.COM | Jan 26 2023 05:14:00 | CKS Financial, Acct No 1088545, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 11814685 | + | EDI: CAPITALONE.COM | Jan 26 2023 05:14:00 | Capital One, Acct No 480213953328, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 11814684 | + | EDI: CAPITALONE.COM | Jan 26 2023 05:14:00 | Capital One, Acct No 5178059310977674, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 11814683 | + | EDI: CAPITALONE.COM | Jan 26 2023 05:14:00 | Capital One, Acct No 5178059986951532, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 11837353 | | EDI: CAPITALONE.COM | Jan 26 2023 05:14:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 11814686 | + | EDI: CAPITALONE.COM | Jan 26 2023 05:14:00 | Capital One NA, Acct No 5200940106527223, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11814688 | + | EDI: CITICORP.COM | Jan 26 2023 05:14:00 | Citibank/The Home Depot, Acct No 6035320379670951, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 11814690 | + | EDI: WFNNB.COM | Jan 26 2023 05:14:00 | Comenity Bank/Jared, Acct No 3138761396, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 11814693 | ^ | MEBN | Jan 26 2023 00:06:51 | Cox Communications, 6205-B Peachtree Dunwoody Road, Atlanta, GA 30328-4524 |
| 11814694 | + | EDI: CCS.COM | Jan 26 2023 05:14:00 | Credit Collection Services, Acct No 78567284, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 11814695 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2023 00:20:22 | Credit One Bank, Acct No 4447962642620243, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 11814696 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 26 2023 00:09:00 | Department of Taxation and Finance, Civil Enforecement Division, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 11814698 | + | Email/Text: compliance@dontbebroke.com | Jan 26 2023 00:09:00 | Dollar Loan Center, Acct No 2361480, Attn: Bankruptcy, 8860 West Sunset Road, Las Vegas, NV 89148-4898 |
| 11831812 | + | Email/Text: compliance@dontbebroke.com | Jan 26 2023 00:09:00 | Dollar loan Center, 2654 W Horizon Ridge Pkwy Ste B-3, Henderson, NV 89052-2863 |
| 11814707 | + | EDI: PHINGENESIS | Jan 26 2023 05:14:00 | Genesis Credit/Celtic Bank, Acct No 5100043001450822, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

| District/off: 0978-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 318 | Total Noticed: 76 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 11814709 | + | EDI: PHINGENESIS | Jan 26 2023 05:14:00 | Genesis FS Card Services, Acct No 5410514112675304, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 11814708 | + | EDI: PHINGENESIS | Jan 26 2023 05:14:00 | Genesis Financial/Jared, Acct No 76637000024008050, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 11814721 | | EDI: PHINHARRIS | Jan 26 2023 05:14:00 | Harris & Harris, LTD, 111 West Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 11814723 | + | EDI: AGFINANCE.COM | Jan 26 2023 05:14:00 | Household Finance Co/OneMain Financial, Acct No 2195133053416751, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 11814724 | | EDI: IRS.COM | Jan 26 2023 05:14:00 | IRS, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11814726 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 26 2023 00:09:00 | Key Bank, 450 N. Union St, Olean, NY 14760-2657 |
| 11814727 | | Email/Text: govtaudits@labcorp.com | Jan 26 2023 00:09:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 11833756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 00:20:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11814730 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 26 2023 00:09:00 | Medical Data Systems (MDS), Acct No 8007484283, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 11814731 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 26 2023 00:09:00 | Medical Data Systems (MDS), Acct No 8007484275, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 11839631 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 26 2023 00:09:00 | New York Statae Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 11814733 | + | Email/Text: angela.abreu@northwest.com | Jan 26 2023 00:09:00 | Northwest Bank, Acct No 3105026920, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 11814732 | + | Email/Text: angela.abreu@northwest.com | Jan 26 2023 00:09:00 | Northwest Bank, Acct No 3105026367, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 11814734 | + | Email/Text: collections@oleanfcu.com | Jan 26 2023 00:09:00 | Olean Area Fed Cr Un, Acct No 20000058020001, 1201 Wayne St, Olean, NY 14760-2271 |
| 11814736 | + | Email/Text: consumerhelpdesk@omega-rms.com | Jan 26 2023 00:09:00 | Omega RMS, llc., Acct No 701624, Attn: Bankrutpcy, 7505 Nw Tiffany Springs Pky, Ste 500, Kansas City, MO 64153-1313 |
| 11840112 | | EDI: Q3G.COM | Jan 26 2023 05:14:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 11814738 | | Email/Text: bankruptcy@self.inc | Jan 26 2023 00:09:00 | Selfinc/lead, Acct No 10325324, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |
| 11814739 | + | Email/Text: bknotices@suncommunities.com | Jan 26 2023 00:09:00 | Sky Harbor, 4925 Genesee St, Buffalo, NY 14225-2411 |
| 11814741 | + | EDI: RMSC.COM | Jan 26 2023 05:14:00 | Synchrony Car Care, Acct No 6501591205584781, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 11814740 | + | EDI: RMSC.COM | Jan 26 2023 05:14:00 | Synchrony Car Care, Acct No 6501591239918138, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 42

| District/off: 0978-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 318 | Total Noticed: 76 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | LENARD E. SCHWARTZER, 2850 S. JONES BLVD., #1, LAS VEGAS, NV 89146-5640 |
| 11814728 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIK C SEVERINO | on behalf of Debtor JOHN FORREST BEAN erik@mylasvegaslawyers.com gus@mylasvegaslawyers.com;scott@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com |
| LENARD E. SCHWARTZER | on behalf of Realtor DEBORAH L. PRIEBE trustee@sailawfirm.com lbenson@sailawfirm.com;jelliott@sailawfirm.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| LENARD E. SCHWARTZER | trustee@sailawfirm.com lbenson@sailawfirm.com;jelliott@sailawfirm.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | |
|---|---|
| Debtor 1: JOHN FORREST BEAN<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-6320<br>EIN   __-_____ |
| Debtor 2:<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   District of Nevada | |
| Case number:   22-13788-abl | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JOHN FORREST BEAN

1/25/23

**By the court:**   AUGUST B. LANDIS
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**